Josephine M. Gerrard (CBN 303221)
Gerrard Law PC
1791 Solano Avenue, Suite F01
Berkeley, California 94707
Tel: (510) 838-0529
Fax: (510) 280-1635
jo@gerrardlawoffices.com
Attorney for the Plaintiff, David Louis Vierra

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DAVID LOUIS VIERRA,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant

Case No. 2:26-cv-01397-AC

**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $10,000, and $405 filing fee under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

Dated: October 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE